UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17CR145 HEA |
| | ) | |
| JERRY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Noelle C. Collins, addressing Defendant's Motion to Suppress, [Doc. No. 24]. On August 29, 2017, an evidentiary hearing was held. In her October 12, 2017 Report and Recommendation, Judge Collins recommended that the Defendant's motion be denied. Defendant has not filed written objections to this recommendation. The Court adopts Judge Collin's recommendation.

Judge Collins' conclusion that there is no basis to suppress evidence is based on a thorough and sound legal analysis. The Court agrees with her conclusions in their entirety. The Recommendation is adopted *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress, [Doc. No. 24], is denied.

Dated this 8th day of December, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE